STATE OF NORTH CAROLINA v. KELLY DEAN CARVER

No. 6930SC69

(Filed 30 April 1969)

APPEAL by defendant from *Jackson, J.,* at the July 1968 Regular Criminal Session of HAYWOOD Superior Court.

The defendant was charged in a bill of indictment, proper in form, with store breaking and larceny. The jury found the defendant guilty as charged on the store breaking count and not guilty of larceny. From active prison sentence imposed, defendant appealed.

*Attorney General Robert Morgan and Staff Attorney Carlos W. Murray, Jr., for the State.*

*Frank D. Ferguson, Jr., for defendant appellant.*

BRITT, J.

In his brief, defendant's court-appointed counsel brings forward no assignment of error and states that he is unable to find error in the record. He asks that the court review the record for error and this we have done. We find that the defendant was charged under a valid bill of indictment, that he was given a fair trial free from prejudicial error, and that the sentence imposed was within statutory limits. *State v. Williams,* 3 N.C. App. 233, 164 S.E. 2d 404, and cases therein cited.

The judgment of the superior court is

Affirmed.

MALLARD, C.J., and PARKER, J., concur.